AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

GREINER'S SUB-STATION, INC.
   a/k/a Greiner's Substation Specialties, LLC
   a/k/a Greiner Brothers Painting
   a/k/a Greiner Brothers Paint Center
DMG DRYWALL & PAINTING
   a/k/a DMG Drywall and Painting
SCOTT GREINER, individually and
   d/b/a DMG Drywall & Painting
   a/k/a DMG Drywall and Painting

CASE NUMBER   1:06CV01225

CASE JUDGE: Gladys Kessler

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 07/█3/2006

TO: (Name and address of Defendant)

SCOTT GREINER, individually and
  d/b/a DMG Drywall & Painting
  a/k/a DMG Drywall and Painting
2015 North 36th
St. Joseph, MO  64506

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL - 3 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)   DATE 7-24-06

NAME OF SERVER (PRINT) CE Wilson   TITLE SPS

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2015 N36th St St Joseph Mo
Scott Greiner

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-24-06
Date

*Signature of Server*

CE WILSON
SPECIAL PROCESS SERVER
POB 8222
ST JOSEPH MO 64508

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.