IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:06-cv-01225-GK |
| GREINER'S SUB-STATION, INC.<br>a/k/a Greiner's Substation Specialties, LLC<br>a/k/a Greiner Brothers Painting<br>a/k/a Greiner Brothers Paint Center, et al. | ) ) ) ) ) | |
| Defendants. | ) ) | |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, Greiner's Sub-Station, Inc. a/k/a Greiner's Substation Specialties, LLC a/k/a Greiner Brothers Painting a/k/a Greiner Brothers Paint Center, DMG Drywall & Painting a/k/a DMG Drywall and Painting and Scott Greiner, individually and d/b/a DMG Drywall & Painting a/k/a DMG Drywall and Painting for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

                                              Respectfully submitted,

                                              JENNINGS SIGMOND, P.C.

                                   BY:/s/    Kent G. Cprek
                                   KENT G. CPREK, ESQUIRE
                                   (I.D. NO. 478231)
                                   SANFORD G. ROSENTHAL, ESQUIRE
                                   (I.D. NO. 478737
                                   The Penn Mutual Towers, 16th Floor
                                   510 Walnut Street, Independence Square
                                   Philadelphia, PA 19106-3683
                                   (215) 351-0615

Date: August 16, 2006                  Attorney for Plaintiff

171175-1

OF COUNSEL:
JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

171175-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:06-cv-01225-GK |
| GREINER'S SUB-STATION, INC.    a/k/a Greiner's Substation Specialties, LLC    a/k/a Greiner Brothers Painting    a/k/a Greiner Brothers Paint Center, et al. | ) ) ) ) ) ) | |
| Defendants. | ) | |

### DECLARATION OF KENT G. CPREK, ESQUIRE FOR ENTRY OF DEFAULT

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on the Defendants, Greiner's Sub-Station, Inc. a/k/a Greiner's Substation Specialties, LLC a/k/a Greiner Brothers Painting a/k/a Greiner Brothers Paint Center ("Company 1"), DMG Drywall & Painting a/k/a DMG Drywall and Painting ("Company 2") and Scott Greiner, individually and d/b/a DMG Drywall & Painting a/k/a DMG Drywall and Painting ("Greiner" and, together with Company 1 and Company 2, "Defendants"), by C.E. Wilson, Special Process Server, who served Scott Greiner, Individually and as the Owner of Company, at 2015 N. 36th Street, St. Joseph, MO 64506 on July 24, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to

171175-1

answer or otherwise move has not been extended by Order of the Court.

    5.    Defendant, Scott Greiner, is neither an infant nor an incompetent person.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/    Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: August 16, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:06-cv-01225-GK |
| GREINER'S SUB-STATION, INC.  a/k/a Greiner's Substation Specialties, LLC  a/k/a Greiner Brothers Painting  a/k/a Greiner Brothers Paint Center, et al. | ) ) ) ) ) ) | |
| Defendants. | ) | |

### DECLARATION OF NON-MILITARY SERVICE

I, KENT G. CPREK, ESQUIRE, having been duly sworn according to law hereby deposes and states that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Scott Greiner, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

                    I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

                    s/     Kent G. Cprek
                    KENT G. CPREK, ESQUIRE

Date: August 16, 2006

171175-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Greiner's Sub-Station, Inc. a/k/a Greiner's Substation Specialties, LLC
a/k/a Greiner Brothers Painting a/k/a Greiner Brothers Paint Center
2015 North 36th Street
St. Joseph, MO 64506

and

DMG Drywall & Painting a/k/a DMG Drywall and Painting
2015 North 36th Street
St. Joseph, MO 64506

and

Scott Greiner, individually and d/b/a
DMG Drywall & Painting a/k/a DMG Drywall and Painting
2015 North 36th Street
St. Joseph, MO 64506

s/     Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: August 16, 2006

171175-1