Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLLIED TRADES INDUSTRY PENSION FUND

Plaintiff(s)

V.

Civil Action No. 06-1225 (GK)

GREINER'S SUB-STATION, INC., et al.

Defendant(s)

RE: GREINER'S SUB-STATION, INC.
a/k/a GREINER'S SUBSTATION SPECIALTIES, LLC
a/k/a GREINER BROTHERS PAINTING
a/k/a GREINER BROTHERS PAINT CENTER

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint    on    July 24, 2006   , and an affidavit on behalf of the plaintiff having been filed, it is this 17th day of   August  , 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk