Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLLIED
TRADES INDUSTRY PENSION FUND
_____

    Plaintiff(s)

V.

Civil Action No. 06-1225 (GK)

GREINER'S SUB-STATION, INC., et al.
_____

    Defendant(s)

RE: SCOTT GREINER
individually and d/b/a
DMG DRYWALL & PAINTING
a/k/a DMG DRYWALL AND PAINTING

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 24, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 17th day of August, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk