IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GREINER'S SUB-STATION, INC. ) <br>    a/k/a Greiner's Substation Specialties, LLC ) <br>    a/k/a Greiner Brothers Painting ) <br>    a/k/a Greiner Brothers Paint Center, *et al.* ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 1:06-cv-01225-GK |

### DECLARATION OF KENT CPREK, ESQUIRE

Kent Cprek, Esquire, declares on penalty of perjury under the laws of the United States as follows:

1.    I am a shareholder with the law firm of Jennings Sigmond and presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") in this case. I was admitted as a member of the Bar of the District of Columbia in September 2002. I have been a member of the Michigan Bar since November 1978. I have represented employee benefit plans such as the Pension Fund since 1984. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Declaration to document the attorneys' fees and costs which the Pension Fund has incurred in this case through August 25, 2006.

2.    Attached as Exhibit 3 is an itemized statement detailing the unpaid attorneys' fees and costs incurred by the Pension Fund through August 22, 2006 in connection with collecting

171353-1


EXHIBIT 2

delinquent contributions and other amounts from Defendants. Based upon my review of Exhibit 3, the Fund has incurred $4,949.91 in attorneys' fees and costs.

                                              I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: August 25, 2006                        s/ Kent G. Cprek
                                                            KENT G. CPREK