IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:06-cv-01225-GK |
| GREINER'S SUB-STATION, INC.<br>   a/k/a Greiner's Substation Specialties, LLC<br>   a/k/a Greiner Brothers Painting<br>   a/k/a Greiner Brothers Paint Center, et al. | ) ) ) ) ) ) | |
| Defendants. | ) | |

Jerome A. Flanagan, Esquire        JAF
Shanna M. Cramer, Esquire         SMC
Cathy T. Morton, Paralegal          CTM

### JENNINGS SIGMOND ATTORNEYS' FEES – August 2006

| **Date** | **Attorney** | **Task** | **Time** |
|---|---|---|---|
| 8/15/06 | JAF | Review of Documents;<br>Computer Research regarding docket review;<br>Preparation of Request to Enter Default (55(a)) | 2.7 |
| 8/16/06 | JAF | Review of Documents;<br>Review and Revision of Request to Enter Default (55(a)) | 1.8 |
| 8/18/06 | CTM | Review of Electronic Court Documents regarding Summons and Complaint | 0.2 |
| 8/21/06 | SMC | Review of Documents regarding Motion for Default Judgment | 0.2 |
| 8/21/06 | JAF | Phone Conference with Client requesting Defendants' Updated Delinquency Amounts;<br>Review of Documents;<br>Preparation of Motion for Default Judgment (55(b)) | 2.3 |
| 8/22/06 | JAF | Phone Conference with Client regarding Defendants' Updated Delinquency Amounts;<br>Review Updated Delinquency Chart, Remittance Reports | 6.3 |

171353-1


EXHIBIT 3

|  |  |  |  |
|---|---|---|---|
|  |  | and Correspondence;<br>Review and Revision of Motion for Default Judgment (55(b)) |  |
| 8/23/06 | SMC | Review and Revision of Motion for Default Judgment | 0.8 |
| 8/24/06 | JAF | Review and Revision of Motion for Default Judgment, Memorandum in Support of Motion for Default Judgment and accompanying Declarations | 1.0 |
| 8/25/06 | JAF | Final Review of Attorneys' Fees Calculations and all Documents (Motion, Brief, Declarations, etc.) prior to filing | 2.8 |

**Total:** **18.1**

August Summary

JAF 16.9 Hrs x $200.00    =    $3,380.00
SMC  1.0 Hrs x $200.00    =    $200.00
CTM 0.2 Hrs x $70.00      =    $14.00

        August Total    $3,594.00


Attorneys' fees from 6/06 - 7/06    =    $694.00
Costs from            6/06 – 7/06    =    $661.91

        **Grand Total:**    **$4,949.91**

Report ID: OT2025 - 6745　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed By SLG
Tuesday, August 22, 2006　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

# Jennings Sigmond, P.C.
## Time And Expense Details
### Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 28096 | Greiner's Substation Specialti | Sigmond, Richard B. |

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 8/3/2006 | $178.10 | 7100 | Service Fee |

**Totals** $178.10

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6/20/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case |
| 6/26/2006 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | | Review of Documents Preparation of Litigation Memo |
| 6/27/2006 | SMC | 0.90 | 0.90 | 200.00 | $180.00 | | | Review of Documents Preparation of Complaint |
| 6/27/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with Company Preparation of Alter Ego Complaint |
| 6/28/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Preparation of Memo to Client regarding Status of Litigation |
| 7/3/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Complaint |
| 7/10/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 7/31/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Affidavit of Service |

**Billed Time Totals** 3.60　3.60　　$694.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 6/28/2006 | $350.00 | 7100 | Filing Fee |
| 6/30/2006 | $19.74 | COPY | Photocopies |
| 7/10/2006 | $27.09 | COPY | Photocopies |
| 7/10/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 7/11/2006 | $14.08 | PO | Postage Charges |

**Billed Expenses Totals** $483.81

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 6745
Tuesday, August 22, 2006

Printed By  SLG
Page  2

Beginning To End

| Report Totals | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| | 3.60 | 3.60 | $694.00 | $661.91 | $1,355.91 |

*** End Of Report ***